IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD GROSSO,<br>　　　Petitioner, | )<br>)<br>) | Civil Action No. 23-71E |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | )<br>) | |
| SUPERINTENDENT MICHAEL J.<br>ZAKEN; THE DISTRICT ATTORNEY<br>OF ERIE COUNTY; and THE<br>ATTORNEY GENERAL OF THE STATE<br>OF PENNSYLVANIA,<br>　　　Respondents. | )<br>)<br>)<br>)<br>)<br>) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the Praecipe for Entry of Appearance on behalf of Respondent District Attorney of Erie County upon the Petitioner in the manner described below, which satisfies the requirements of F.R.Civ.P. 5:

Richard Grosso                                                                                  First Class Mail
CW-6956
SCI Greene
169 Progress Drive
Waynesburg, PA  15370

　　　　　　　　　　　　　　　　　　　　　　　/s/Michael E. Burns
　　　　　　　　　　　　　　　　　　　　　　　Michael E. Burns
　　　　　　　　　　　　　　　　　　　　　　　Assistant District Attorney
　　　　　　　　　　　　　　　　　　　　　　　Erie County District Attorney's Office
　　　　　　　　　　　　　　　　　　　　　　　Erie County Courthouse, Room 506
　　　　　　　　　　　　　　　　　　　　　　　140 West Sixth Street
　　　　　　　　　　　　　　　　　　　　　　　Erie, PA  16501
　　　　　　　　　　　　　　　　　　　　　　　(814) 451-6349
　　　　　　　　　　　　　　　　　　　　　　　PA ID No. 57038
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Respondent District Attorney of
　　　　　　　　　　　　　　　　　　　　　　　　　　　Erie County

Date:  May 8, 2023