IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD GROSSO,                               )       Civil Action No. 23-71E
       Petitioner,                            )
                                )       Magistrate Judge Maureen P. Kelly
       v.                                    )
                                )
SUPERINTENDENT MICHAEL J.                     )
ZAKEN; THE DISTRICT ATTORNEY                  )
OF ERIE COUNTY; and THE                       )
ATTORNEY GENERAL OF THE STATE                 )
OF PENNSYLVANIA,                              )
       Respondents.                          )

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that I am this day serving the Praecipe for Entry of Appearance on behalf

of Respondent District Attorney of Erie County upon the Petitioner in the manner described

below, which satisfies the requirements of F.R.Civ.P. 5:


Richard Grosso                                                First Class Mail
CW-6956
SCI Greene
169 Progress Drive
Waynesburg, PA  15370



                                                <u>/s/Michael E. Burns</u>
                                                Michael E. Burns
                                                Assistant District Attorney
                                                Erie County District Attorney's Office
                                                Erie County Courthouse, Room 506
                                                140 West Sixth Street
                                                Erie, PA  16501
                                                (814) 451-6349
                                                PA ID No. 57038
                                                Counsel for Respondent District Attorney of
                                                      Erie County

Date:  May 8, 2023